UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON ROBERTS, <br><br> Plaintiff, <br> v. <br><br> OFFICE OF JUSTICE PROGRAMS, <br> UNITED STATES DEPARTMENT <br> OF JUSTICE, <br><br> Defendant. | Civ. A. No. 19-1306 (CJN) |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER,
AND MEMORANDUM IN SUPPORT THEREOF**

Defendant Office of Justice Programs, by and through undersigned counsel, respectfully request an extension of thirty days, up to and including July 29, 2019, to file its pleading responsive to the Complaint filed by Plaintiff Vernon Roberts ("Plaintiff"). In support of this motion, Defendant states the following:

**BACKGROUND**

1. Plaintiff's Complaint purports to bring this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, as amended.

2. Defendant's Answer is currently due on June 28, 2019.

**BASIS FOR EXTENSION REQUEST AND
OTHER REQUIRED INFORMATION**

3. Defendant has only recently identified to undersigned counsel the internal agency attorney who is handling this matter. Agency counsel was out of the office for part of this week and was unable to provide a draft of the Answer with sufficient time for undersigned counsel to review it and further confer with the Agency regarding the FOIA request that is the

subject of this case.  Accordingly, undersigned counsel needs additional time to obtain information regarding the FOIA request and finish preparing the Answer.

4. Undersigned counsel could not confer with Plaintiff because he is an incarcerated pro se individual.

5. This is Defendant's first request for an extension of this deadline.

6. Granting Defendant's motion will not affect any other deadlines in this action, as no other deadlines are set.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this *Motion for Extension of Time to File Answer*.  A proposed Order consistent with this request is attached herewith.

Dated: June 28, 2019           Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

COUNSEL FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VERNON ROBERTS,** | |
| **PLAINTIFF,** | |
| v. | |
| **OFFICE OF JUSTICE PROGRAMS, UNITED STATES DEPARTMENT OF JUSTICE,** | **CIV. A. NO. 19-1306 (CJN)** |
| **DEFENDANT.** | |

**ORDER**

Upon consideration of Defendant's *Motion for Extension of Time to File Answer*, and the entire record herein, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

It is **FURTHER ORDERED** that the time for Defendant to respond to Plaintiff's Complaint is hereby extended up to and including **July 29, 2019**.

It is **SO ORDERED** this _____ day of _____, 2019.

_____
**CARL J. NICHOLS**
UNITED STATES DISTRICT JUDGE