UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VERNON ROBERTS,** | |
|         PLAINTIFF, | |
| v. | |
| **OFFICE OF JUSTICE PROGRAMS, UNITED STATES DEPARTMENT OF JUSTICE,** | CIV. A. NO. 19-1306 (CJN) |
|         DEFENDANT. | |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's September 19, 2019, Minute Order Defendant Office of Justice Programs ("Defendant"), by and through undersigned counsel, respectfully submits this Status Report regarding the processing of the Freedom of Information Act ("FOIA") that is the subject of the Complaint filed by Plaintiff Vernon Roberts ("Plaintiff").

1. Plaintiff's FOIA request seeks (1) "computerized records . . . covering model policies, practices, image retention for local law enforcement agency body worn camera policies"; and (2) any grant application and award submitted and approved for body worn cameras by the city of Rochester, NY and/or its police department.

2. Defendant has completed its search for potentially responsive records and is in the process of reviewing the records.

3. Defendant made its first release of non-exempt portions of responsive records on September 20, 2019.

4. Defendant anticipates making its final production within the next 30 days.

5.     Defendant proposes as next steps in this action that it file another Status Report in approximately 45 days, i.e., on December 5, 2019. A proposed Order consistent with this request is attached herewith.

Dated: October 23, 2019      Respectfully submitted,

    JESSIE K. LIU, D.C. Bar No. 472845
    United States Attorney

    DANIEL F. VANHORN, D.C. Bar No. 924092
    Chief, Civil Division

By: /s/ *April Denise Seabrook*
    APRIL DENISE SEABROOK, D.C. Bar No. 993730
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    Telephone: 202-252-2525
    April.Seabrook@usdoj.gov

*COUNSEL FOR DEFENDANT*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VERNON ROBERTS,** | |
| **PLAINTIFF,** | |
| v. | |
| **OFFICE OF JUSTICE PROGRAMS, UNITED STATES DEPARTMENT OF JUSTICE,** | **CIV. A. NO. 19-1306 (CJN)** |
| **DEFENDANT.** | |

## **ORDER**

In light of the information provided in Defendant's status report, Defendant is instructed to file another status report regarding the processing of the FOIA request on December 5, 2019.

It is **SO ORDERED** this _____ day of _____, 2019.

_____
**CARL J. NICHOLS**
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of October, 2019, Defendant's Status Report was served on Plaintiff via First Class Mail at the following address:

VERNON ROBERTS
R#18-B-1489
Five Points Correctional Facility
P.O. Box 119
State Route 96
Romulus, NY  14541

       /s/ *April Denise Seabrook*
April Denise Seabrook, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division – Room E4822
Washington, D.C. 20530
Phone: (202) 252-2525
Fax: (202) 252-2599
April.Seabrook@usdoj.gov