UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                              |   |                              |
|----------------------------------------------|---|------------------------------|
| **VERNON ROBERTS,**                          |   |                              |
|      **PLAINTIFF,**                          |   |                              |
|      **v.**                                  |   |                              |
| **OFFICE OF JUSTICE PROGRAMS,**              |   | **CIV. A. NO. 19-1306 (CJN)**|
| **UNITED STATES DEPARTMENT**                 |   |                              |
| **OF JUSTICE,**                              |   |                              |
|      **DEFENDANT.**                          |   |                              |

### DEFENDANT'S STATUS REPORT

Pursuant to the Court's October 25, 2019, Minute Order Defendant Office of Justice Programs ("Defendant"), by and through undersigned counsel, respectfully submits this Status Report regarding the processing of the Freedom of Information Act ("FOIA") that is the subject of the Complaint filed by Plaintiff Vernon Roberts ("Plaintiff").

1. Plaintiff's FOIA request seeks (1) "computerized records . . . covering model policies, practices, image retention for local law enforcement agency body worn camera policies"; and (2) any grant application and award submitted and approved for body worn cameras by the city of Rochester, NY and/or its police department.

2. Defendant has completed its search for potentially responsive records.

3. Defendant made its final release of non-exempt portions of responsive records on or about November 22, 2019.

4. Defendant proposes as next steps in this action that the Court instruct Plaintiff to submit to the Court a letter (or other document) within the next 60 days – i.e., by February 5, 2020 – stating (i) whether Plaintiff is challenging the adequacy of Defendant's search for records

responsive to the FOIA request; (ii) whether Plaintiff challenges any of Defendant's withholdings/redactions as improper; and (iii) which withholdings Plaintiff challenges.

5. Defendant believes that requiring such a submission from Plaintiff will promote judicial economy and efficient resolution of this case, as it will allow Defendant to focus its summary judgment briefing, declaration, and <u>Vaughn</u> index only on those issues that are still in dispute.

6. A proposed Order consistent with this request is attached herewith.

Dated: December 5, 2019　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JESSIE K. LIU, D.C. Bar No. 472845
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　DANIEL F. VANHORN, D.C. Bar No. 924092
　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　By: /s/ *April Denise Seabrook*
　　　　　　　　　　　　　　　　　　APRIL DENISE SEABROOK, D.C. Bar No. 993730
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　Telephone: 202-252-2525
　　　　　　　　　　　　　　　　　　April.Seabrook@usdoj.gov

　　　　　　　　　　　　　　　　　　*COUNSEL FOR DEFENDANT*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **VERNON ROBERTS,**<br><br>        **PLAINTIFF,**<br>    v.<br><br>**OFFICE OF JUSTICE PROGRAMS,**<br>**UNITED STATES DEPARTMENT**<br>**OF JUSTICE,**<br><br>        **DEFENDANT.** | CIV. A. NO. 19-1306 (CJN) |

## ORDER

In light of the information provided in Defendant's status report and Defendant's proposal for next steps, the Court instructs that Plaintiff shall submit a letter to the Court by no later than February 5, 2020, which states:

(i)    whether Plaintiff is challenging the adequacy of Defendant's search for records responsive to the FOIA request;

(ii)   whether Plaintiff challenges any of Defendant's withholdings/redactions as improper; and

(iii)  the specific withholdings/redactions, if any, Plaintiff is continuing to challenge as improper.

It is **SO ORDERED** this _____ day of _____, 2019.

**CARL J. NICHOLS**
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December 2019, Defendant's Status Report was served on Plaintiff via First Class Mail at the following address:

VERNON ROBERTS
R#18-B-1489
Five Points Correctional Facility
P.O. Box 119
State Route 96
Romulus, NY  14541

/s/ *April Denise Seabrook*
April Denise Seabrook, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division – Room E4822
Washington, D.C. 20530
Phone: (202) 252-2525
Fax: (202) 252-2599
April.Seabrook@usdoj.gov