# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON ROBERTS,<br><br>　*Plaintiff*,<br><br>v.<br><br>OFFICE OF JUSTICE PROGRAMS,<br>UNITED STATES DEPARTMENT OF<br>JUSTICE,<br><br>　*Defendant*. | Civil Action No. 1:19-cv-01306 (CJN) |

## ORDER

Defendant indicates that it has produced to Plaintiff all responsive, non-exempt documents in its possession. *See* Defendant's Status Report, ECF No. 15. Therefore, it is hereby **ORDERED** that Plaintiff shall file a letter with the Court by **February 5, 2020** indicating:

(i) whether Plaintiff has received the produced documents;

(ii) whether Plaintiff challenges the adequacy of Defendant's search for records;

(iii) whether Plaintiff challenges any withholding or redaction of any portion of any record as improper; and

(iv) the specific redactions challenged and the legal bases for Plaintiff's objection.

If Plaintiff fails to file a timely response—or fails to answer the questions above—the Court will assume that Plaintiff is satisfied with the government's production of records and will permit the government to move to dismiss the case. Fed. R. Civ. P. 41(b).

DATE: December 9, 2019

_____
CARL J. NICHOLS
United States District Judge