# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON ROBERTS,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF JUSTICE PROGRAMS, U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civ. A. No. 19-1306 (CJN) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Daniel Patrick Schaefer as counsel of record for Defendant in the above-captioned case.

Dated: March 19, 2020

Respectfully submitted,

 */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar No. 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*